Filed 2/7/22  P. v. Rivera CA4/1

**NOT TO BE PUBLISHED IN OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

COURT OF APPEAL, FOURTH APPELLATE DISTRICT

DIVISION ONE

STATE OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE, | D079139 |
| Plaintiff and Respondent, | |
| v. | (Super. Ct. No. SCN405890) |
| EMPERATRIZ A. RIVERA, | |
| Defendant and Appellant. | |

APPEAL from a judgment of the Superior Court of San Diego County, James E. Simmons, Jr., Judge.  Affirmed.

Pauline E. Villanueva, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

Emperatriz A. Rivera pleaded guilty to one count of assault with a deadly weapon (Pen. Code,[1] § 245, subd. (a)(1)) and admitted the personal infliction of great bodily injury enhancement (§ 12022.7, subd. (a)).  She also admitted a strike prior (§ 667, subds. (b)-(i)) and a serious felony prior (§ 667,

---

[1]     All further statutory references are to the Penal Code.

subd. (a)(1)).  The balance of the charges and allegations were dismissed pursuant to the plea agreement.  The trial court sentenced Rivera to a determinate term of 14 years in prison as stipulated in the plea agreement.

Rivera brought postplea motions to replace counsel and to withdraw her guilty plea.  The motion to replace counsel was denied and the motion to withdraw the guilty plea was also denied.  Rivera was removed from the court prior to the actual sentence being imposed because of misconduct during the hearing.

Rivera filed a notice of appeal, but did not obtain a certificate of probable cause.

Appellate counsel has filed a brief pursuant to *People v. Wende* (1979) 25 Cal.3d 436 (*Wende*) indicating counsel has not been able to identify any arguable issues for reversal on appeal.  Counsel asks the court to review the record for error as mandated by *Wende*.  We offered Rivera the opportunity to file her own brief on appeal, but she has not responded.

## STATEMENT OF FACTS

In her change of plea form, Rivera admitted assaulting the victim with a deadly weapon and personally inflicting great bodily injury.

## DISCUSSION

As we have noted, appellate counsel has filed a *Wende* brief and asks the court to review the record for error.  To assist the court in its review, and in compliance with *Anders v. California* (1967) 386 U.S. 738 (*Anders*), counsel has identified the following issue which was considered in evaluating the potential merits of this appeal:  Whether the trial court erred in imposing sentence in Rivera's absence.

We have reviewed the entire record as required by *Wende* and *Anders*. We have not discovered any arguable issues for reversal on appeal. Competent counsel has represented Rivera on this appeal.

DISPOSITION

The judgment is affirmed.

HUFFMAN, Acting P. J.

WE CONCUR:

HALLER, J.

AARON, J.